**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATHANIEL MORRIS, | No. 09-15425 |
| Plaintiff - Appellant, | D.C. No. 3:06-cv-00718-BES-VPC |
| v. | |
| STEVEN MACARTHUR, | MEMORANDUM* |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Brian E. Sandoval, District Judge, Presiding

Submitted March 16, 2010**

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Nathaniel Morris, a Nevada state prisoner, appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs in violation of the Eighth Amendment.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Morris failed to raise a genuine issue of material fact as to whether defendant was deliberately indifferent to Morris's alleged infection. *See id.* at 1057 (stating that a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to inmate health and safety); *Franklin v. Or., State Welfare Div.*, 662 F.2d 1337, 1344 (9th Cir. 1981) ("A difference of opinion between a prisoner-patient and prison medical authorities regarding treatment does not give rise to a § 1983 claim.").

Morris's remaining contentions are unpersuasive.

**AFFIRMED.**